STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

**REHEARING ACTION: December 23, 2015**

**Docket Number: 15   00189-WCA**

**ELLIS HARGRAVE**
**VERSUS**
**ELIER DIAZ**

**Appealed from Office of Workers' Compensation - # 4 Case No. 13-03581**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ellis Hargrave** has this day been

    **DENIED.**

cc: Sylvia M. Fordice, Counsel for the Appellee
    Stephen Winston Glusman, Counsel for the Appellee